UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x

John Doe,

                                               Petitioner,

     v.

Metropolitan Detention Center Warden Raul Maldonado,
Immigration and Customs Enforcement New York Field Office
Director William Joyce, U.S. Department of Homeland Security
Secretary Kristi Noem, and U.S. Attorney General Pamela Bondi,


                                            Respondents.


------------------------------------------------------------------------------x

|  |  |
|---|---|
|  | **Stipulation and**<br>**Order of Dismissal** |
|  | 25-cv-6892 (Cogan, J.) |

WHEREAS, Petitioner in the above-captioned action has filed a Petition for a writ of habeas releasing him from custody; and

WHEREAS, neither Petitioner nor Respondents concedes any defenses that party may have:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, through their undersigned counsel, that:

1. Petitioner agrees to dismiss this action without prejudice and without costs or fees;

2. U.S. Immigration and Customs Enforcement (ICE) agrees to a burden-shifted bond hearing for Petitioner – who is presently in removal proceedings – before an immigration judge, in which hearing ICE bears the burden of proving by clear and convincing evidence that Petitioner is a danger or flight risk. ICE further agrees that such a bond hearing incorporate any safeguards, related to Petitioner's competency, previously imposed by the immigration judge in the removal proceedings or any other

safeguards deemed appropriate by the immigration judge. Within two weeks of this stipulation being so-Ordered, ICE will seek the above-referenced burden-shifted bond hearing; and

3. ICE agrees that, if it chooses to appeal a decision by the immigration judge at the above-referenced hearing, it will not seek an automatic stay or discretionary stay of that decision.

Dated: Brooklyn, New York
          January 9, 2026

|  |  |
|---|---|
|  | BROOKLYN DEFENDER SERVICES |
|  | *Counsel for Petitioner* |
|  | 177 Livingston Street, 7th Floor |
|  | Brooklyn, NY 11201 |

By:    _Alexandra Lampert_

ALEXANDRA LAMPERT, ESQ.
(347) 977-7701
alampert@bds.org

Dated:  Brooklyn, New York
           January 9, 2026

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
*Counsel for Respondents*
271 Cadman Plaza, 7th Floor
Brooklyn, New York 11201

By:         /s/ Layaliza Soloveichik

LAYALIZA SOLOVEICHIK
Assistant U.S. Attorney
(718) 254-6298
layaliza.soloveichik@usdoj.gov

SO ORDERED this
____13th____ day of January, 2026

_Brian M. Cogan_

_____
HONORABLE BRIAN M. COGAN
United States District Judge

2